**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00406-REB-KMT

DORIS FLETCHER,

    Plaintiff,s

v.

TA OPERATING LLC, d/b/a TRAVELCENTERS OF AMERICA, a subsidiary of TRAVELCENTERS OF AMERICA, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss** [#41] filed January 20, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss** [#41] filed January 20, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for May 20, 2011, is **VACATED**;

3. That the jury trial set to commence June 6, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 20, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge